Rachel E. Kaufman, CSB# 259353
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: Rachel@kaufmanpa.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CARABOOLAD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CAPITOL FLOATS, LLC, a California limited liability company,<br><br>*Defendant.* | Case No. 2:23-cv-00119-WBS-AC<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Ryan Caraboolad hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

DATED this 4th day of May, 2023.   Respectfully Submitted,

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman, CSB# 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*
