Rachel E. Kaufman, CSB# 259353
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: Rachel@kaufmanpa.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CARABOOLAD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPITOL FLOATS, LLC, a California limited liability company,<br><br>*Defendant.* | Case No. 2:23-cv-00119-WBS-AC<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Ryan Caraboolad hereby provides notice of the dismissal of this action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 10th day of May, 2023.   Respectfully Submitted,

By: /s/ *Rachel E. Kaufman*
Rachel E. Kaufman, CSB# 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133

Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

-2-